Timothy J. Buchanan, # 100409
Mandy L. Jeffcoach, # 232313
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants DLUBAK GLASS COMPANY, INC. and DAVID A. DLUBAK and Counterclaimant DLUBAK GLASS COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC RECYCLERS INTERNATIONAL, INC., a Delaware Corporation, and ELECTRONIC RECYCLERS OF AMERICA LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>DLUBAK GLASS COMPANY, INC., a Pennsylvania Corporation, DAVID A. DLUBAK, an individual, and DOES 1 through 25, inclusive,,<br><br>Defendants. | Case No. 1:10-CV-00760-LJO-GSA<br><br>**ORDER RE STIPULATION EXTENDING DATES IN SCHEDULING CONFERENCE ORDER FOR INITIAL AND SUPPLEMENTAL DISCLOSURES OF EXPERT WITNESSES**<br><br>Trial Date: October 31, 2011 |
| DLUBAK GLASS COMPANY, INC. a Pennsylvania Corporation,<br><br>Counterclaimant<br><br>ELECTRONIC RECYCLERS INTERNATIONAL, INC., a Delaware Corporation<br><br>Counterdefendant | |

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

[PROPOSED] STIPULATION EXTENDING DATES IN SCHEDULING CONFERENCE ORDER FOR INITIAL AND SUPPLEMENTAL DISCLOSURES OF EXPERT WITNESSES

1   The parties to this action, through their attorneys of record, hereby recite and stipulate as
2   follows:
3      1.   This action was removed to this Court on or about April 29, 2010.
4      2.   On or about July 23, 2010, this Court entered its scheduling conference order for
5   this case.  The order has never been amended to date.  The order sets a trial date of October 31,
6   2011.
7      3.   The parties have been diligently pursuing discovery in the past several months.
8   Various document production issues have arisen between the parties, and with non-party entities,
9   that have made it impracticable for expert witnesses to prepare necessary reports by the current
10  initial expert disclosure of March 14, 2011.  The accompanying declaration of Timothy J.
11  Buchanan sets out these facts.
12     4.   Moving the initial and supplemental expert disclosure deadlines by roughly thirty
13  (30) days will not require movement of any further dates in this action.  All other dates can be
14  accommodated with this proposed move.
15     5.   Accordingly, for the above cause, the parties hereby stipulate that the initial expert
16  witness disclosure date of March 14, 2011, shall be extended to April 15, 2011.  The
17  supplemental expert disclosure deadline shall be moved from April 1, 2011, to May 1, 2011.
18     6.   As noted above, this movement will not affect any other dates in this action.  The
19  previously scheduled deadline for completion of expert depositions, June 1, 2011, remains
20  workable and is maintained without alteration by this stipulation.
21     7.   This stipulation is submitted solely to accommodate the parties' legitimate
22  discovery needs in this case and their need to prepare this case properly for trial.  It is not
23  presented for any purpose of delay or other improper objective.
24
25
26
27
28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

1
[PROPOSED] STIPULATION EXTENDING DATES IN SCHEDULING CONFERENCE ORDER FOR INITIAL
AND SUPPLEMENTAL DISCLOSURES OF EXPERT WITNESSES

Dated: February __23__, 2011     McCORMICK, BARSTOW, SHEPPARD,
                                 WAYTE & CARRUTH LLP


                                 By:_____/s/ Timothy J. Buchanan_____
                                           Timothy J. Buchanan
                                           Mandy L. Jeffcoach
                                         Attorneys for Defendants
                                   DLUBAK GLASS COMPANY, INC. and
                                    DAVID A. DLUBAK and Counter
                                   Claimant DLUBAK GLASS COMPANY,
                                              INC.


Dated: February __23__, 2011     DOWLING, AARON & KEELER, INC.


                                 By:_____/s/ Donald R. Fishbach_____
                                           Donald R. Fishbach
                                         Attorneys for Plaintiffs
                                       ELECTRONIC RECYCLERS
                                         INTERNATIONAL INC., and
                                       ELECTRONIC RECYCLERS OF
                                             AMERICA, LLC


## ORDER

Based upon the above stipulation and the accompanying declaration of Timothy J. Buchanan, and good cause appearing, the Court HEREBY ORDERS that the Scheduling Conference Order shall be amended as follows:  in section 4 of the Order, the initial expert witness disclosure date shall be moved to **April 15, 2011**, and the supplemental expert disclosure date shall be moved to **May 1, 2011**.  All other provisions of the Order are in full force and effect.


IT IS SO ORDERED.

   Dated:  **February 24, 2011**           **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

2

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

[PROPOSED] STIPULATION EXTENDING DATES IN SCHEDULING CONFERENCE ORDER FOR INITIAL AND SUPPLEMENTAL DISCLOSURES OF EXPERT WITNESSES