| | |
|---|---|
| Timothy J. Buchanan, # 100409<br>Mandy L. Jeffcoach, # 232313<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:     (559) 433-1300<br>Facsimile:      (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Defendants DLUBAK GLASS COMPANY, INC. and DAVID A. DLUBAK and Counterclaimant DLUBAK GLASS COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC RECYCLERS INTERNATIONAL, INC., a Delaware Corporation, and ELECTRONIC RECYCLERS OF AMERICA LLC, a California Limited Liability Company,<br><br>          Plaintiffs,<br><br>v.<br><br>DLUBAK GLASS COMPANY, INC., a Pennsylvania Corporation, DAVID A. DLUBAK, an individual, and DOES 1 through 25, inclusive,,<br><br>          Defendants. | Case No.  1:10-CV-00760-LJO-GSA<br><br>**ORDER GRANTING STIPULATION IN PART AND CONTINUING HEARING DATE ON MOTION TO COMPEL**<br><br>Date:      March 18, 2011<br>Time:     9:30 a.m.<br>Courtroom: 10<br>**Magistrate Judge:  Honorable Gary S. Austin**<br><br>Trial Date: October 31, 2011 |
| DLUBAK GLASS COMPANY, INC. a Pennsylvania Corporation,<br><br>          Counterclaimant<br><br>ELECTRONIC RECYCLERS INTERNATIONAL, INC., a Delaware Corporation<br><br>          Counterdefendant | |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION CONTINUING HEARING DATE ON MOTION TO COMPEL

The parties to this action, through their attorneys of record, hereby agree and stipulate as follows:

1. The hearing date on the Motion to Compel filed by Dlubak Glass Company, presently set for March 18, 2011, shall be, with the Court's approval, extended and continued.

2. The hearing date on the motion, with the Court's approval, will now be March 25, 2011, at 10:00 a.m., in Courtroom 10 of this Court, before the Honorable Gary S. Austin, United State Magistrate Judge.

This stipulation will enable the parties to continue discussions to eliminate or narrow the areas of the dispute in discovery.  It is presented in good faith and for no purpose of delay.

Dated:  March 11, 2011                            McCORMICK, BARSTOW, SHEPPARD,
                                                  WAYTE & CARRUTH LLP


                                                  By:_____/s/ Timothy J. Buchanan_____
                                                         Timothy J. Buchanan
                                                         Mandy L. Jeffcoach
                                                         Attorneys for Defendants
                                                  DLUBAK GLASS COMPANY, INC. and
                                                  DAVID A. DLUBAK and Counter
                                                  Claimant DLUBAK GLASS COMPANY,
                                                  INC.

Dated:  March 11, 2011                            DOWLING, AARON & KEELER, INC.


                                                  By:_____/s/ Donald R. Fischbach_____
                                                         Donald R. Fischbach
                                                         G. Andrew Slater
                                                         Attorneys for Plaintiffs
                                                  ELECTRONIC RECYCLERS
                                                  INTERNATIONAL INC., and
                                                  ELECTRONIC RECYCLERS OF
                                                  AMERICA, LLC

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1

STIPULATION CONTINUING HEARING DATE ON MOTION TO COMPEL

**ORDER**

Based on the above stipulation, the Court hereby ORDERS that the Motion to Compel currently on calendar for March 18, 2011, shall be, and hereby is, continued to April 1, 2011, at 10:00 a.m. in Courtroom 10. Counsel shall personally appear; no telephonic appearances will be permitted. Further, counsel shall be prepared to participate in extensive meet and confer proceedings on this date as directed by this Court.

IT IS SO ORDERED.

Dated:   **March 11, 2011**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE