Timothy J. Buchanan, # 100409
Mandy L. Jeffcoach, # 232313
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants DLUBAK GLASS COMPANY, INC. and DAVID A. DLUBAK and Counterclaimant DLUBAK GLASS COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC RECYCLERS INTERNATIONAL, INC., a Delaware Corporation, and ELECTRONIC RECYCLERS OF AMERICA LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>DLUBAK GLASS COMPANY, INC., a Pennsylvania Corporation, DAVID A. DLUBAK, an individual, and DOES 1 through 25, inclusive,,<br><br>Defendants. | Case No. 1:10-CV-00760-LJO-GSA<br><br>**AMENDED STIPULATION OF PARTIES AND [PROPOSED] ORDER OF COURT ON DEFENDANTS' MOTION TO COMPEL FURTHER DISCOVERY RESPONSES**<br><br>Hearing Date: April 1, 2011<br>Time: 10:00 a.m.<br>**Courtroom: 10 (Hon. Gary S. Austin, United States Magistrate Judge)**<br><br>Trial date: October 31, 2011 |
| DLUBAK GLASS COMPANY, INC. a Pennsylvania Corporation,<br><br>Counterclaimant<br><br>ELECTRONIC RECYCLERS INTERNATIONAL, INC., a Delaware Corporation<br><br>Counterdefendant | |

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

AMENDED STIPULATION OF PARTIES AND [PROPOSED] ORDER OF COURT ON DEFENDANTS' MOTION TO COMPEL FURTHER DISCOVERY RESPONSES

1  The parties to this action, by and through their counsel of record, hereby recite, stipulate and agree as follows:

2.  1. The motion of Defendant DLUBAK GLASS COMPANY ("DGC") came on regularly for hearing on April 1, 2011, at 10:00 a.m. in Courtroom 10, before the Honorable Gary S. Austin, United States Magistrate Judge. Timothy J. Buchanan of McCormick Barstow LLP appeared for DGC. G. Andrew Slater of Dowling, Aaron & Keeler appeared for the Plaintiffs.

2. The Court ordered further meet and confer discussions between counsel. After further conference in the Courtroom and outside the Court's presence, counsel reached an agreement which was placed upon the Court record and which is now memorialized in this Stipulation and Order.

3. The Court may enter as an Order of the Court the provisions set forth in this stipulation.

4. The motion of DGC to compel further discovery responses is taken off calendar upon approval of this stipulation and order by the Court, without prejudice to renewed motion in the event of non-compliance with any of its particulars.

5. At or before the time set forth below, Plaintiffs shall hand-serve supplemental written responses, verified in proper form under oath, factually and without qualification, the following requests from DGC's First Request for Production of Documents: Requests Nos. 29, 43, 45, 46, 48, 49, 50, 51, 52, 53, 54, 62, 73, 76, and 81.

6. At or before the time set forth below, Plaintiffs shall further serve supplemental answers, in verified form factually and unequivocally under oath, DGC's Request for Production No. 83, rephrased as follows: "All DOCUMENTS that RELATE TO communications with any and all PERSON about the methods or means of disposing of or processing glass products or materials, or of materials that contain glass in any form, at any time."

7. Documents responsive to the numbered requests itemized above shall be hand-delivered to DGC's counsel no later than 5:00 p.m. on Friday, April 15, 2011, or shall be made available for inspection by DGC at a reasonable place and time in normal business hours not later than April 22, 2011.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

1
AMENDED STIPULATION OF PARTIES AND [PROPOSED] ORDER OF COURT ON DEFENDANTS' MOTION TO COMPEL FURTHER DISCOVERY RESPONSES

8. In the event that Plaintiffs produce no further documents in response to one or more of the requests itemized above, the supplemental written response to that request shall state, unequivocally and without qualification, verified under oath, that Plaintiffs have made a diligent search and inquiry for the requested documents and that no responsive documents exist. In the event that the responsive documents once existed and no longer exist, ERI shall state how, when, and why they were discarded, deleted, or destroyed.

9. Plaintiffs further shall serve supplemental responses, in factual and unequivocal form, verified under oath, to DGC's Requests for Admission No. 28, 31, and 35. Those supplemental responses shall be hand-delivered to DGC's counsel no later than 5:00 p.m. on Friday, April 15, 2011.

10. Plaintiffs further shall serve a supplemental response, in factual and unequivocal form, verified under oath, to DGC's Special Interrogatory No. 24, modified by removing the phrase "or attempted to ship" from its substance. That supplemental response shall be hand-served on DGC's counsel no later than 5:00 p.m. on April 15, 2011.

11. Except as expressly noted above, all further disputed discovery requests described in the parties' Joint Statement filed on March 25, 2011, are deemed withdrawn from this motion.

12. The parties mutually withdraw their requests for sanctions.

Dated: April __5___, 2011        McCORMICK, BARSTOW, SHEPPARD,
                                 WAYTE & CARRUTH LLP


                                 By:_____/s/ Timothy J. Buchanan_____
                                          Timothy J. Buchanan
                                          Mandy L. Jeffcoach
                                     Attorneys for Defendants, DLUBAK
                                     GLASS COMPANY, INC. and DAVID A.
                                         DLUBAK and Counter Claimant
                                         DLUBAK GLASS COMPANY, INC

///

///

///

///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
AMENDED STIPULATION OF PARTIES AND [PROPOSED] ORDER OF COURT ON DEFENDANTS' MOTION TO COMPEL FURTHER DISCOVERY RESPONSES

Dated: April _5__, 2011                            DOWLING, AARON & KEELER LLP

                                                   By:_____/s/ G. Andrew Slater_____
                                                               G. Andrew Slater
                                                   Attorneys for Plaintiffs ELECTRONIC
                                                   RECYCLERS INTERNATIONAL, INC.
                                                   and ELECTRONIC RECYCLERS OF
                                                   AMERICA LLC

## ORDER

The Court, having reviewed the above stipulation and finding good cause to support it, hereby enters the stipulation as an ORDER OF THE COURT.  **FAILURE TO COMPLY WITH THIS ORDER IN ANY RESPECT SHALL RESULT IN THE IMPOSITION OF SANCTIONS IN THE DISCRETION OF THE COURT INCLUDING, WITHOUT LIMITATION, ONE OR MORE OF THE SANCTIONS LISTED IN RULE 37(B)(2)(A) AND (C) OF THE FEDERAL RULES OF CIVIL PROCEDURE, AND MAY BE TREATED BY THE COURT AS A CONTEMPT OF COURT.**

IT IS SO ORDERED.

Dated:   **April 5, 2011**                    _____/s/ Gary S. Austin_____
                                              UNITED STATES MAGISTRATE JUDGE

AMENDED STIPULATION OF PARTIES AND [PROPOSED] ORDER OF COURT ON DEFENDANTS' MOTION TO COMPEL FURTHER DISCOVERY RESPONSES