Timothy J. Buchanan, # 100409
Mandy L. Jeffcoach, # 232313
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants DLUBAK GLASS COMPANY, INC. and DAVID A. DLUBAK and Counterclaimant DLUBAK GLASS COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC RECYCLERS INTERNATIONAL, INC., a Delaware Corporation, and ELECTRONIC RECYCLERS OF AMERICA LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>DLUBAK GLASS COMPANY, INC., a Pennsylvania Corporation, DAVID A. DLUBAK, an individual, and DOES 1 through 25, inclusive,,<br><br>Defendants. | Case No.  1:10-CV-00760-LJO-GSA<br><br>**SECOND STIPULATION AND ORDER EXTENDING DATES IN SCHEDULING CONFERENCE ORDER FOR INITIAL AND SUPPLEMENTAL DISCLOSURES OF EXPERT WITNESSES**<br><br>**Trial Date: October 31, 2011** |
| DLUBAK GLASS COMPANY, INC. a Pennsylvania Corporation,<br><br>Counterclaimant<br><br>ELECTRONIC RECYCLERS INTERNATIONAL, INC., a Delaware Corporation<br><br>Counterdefendant | |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

[PROPOSED] STIPULATION EXTENDING DATES IN SCHEDULING CONFERENCE ORDER FOR INITIAL AND SUPPLEMENTAL DISCLOSURES OF EXPERT WITNESSES

The parties to this action, through their attorneys of record, hereby recite and stipulate as follows:

1. This action was removed to this Court on or about April 29, 2010.

2. On or about July 23, 2010, this Court entered its scheduling conference order for this case. The order sets a trial date of October 31, 2011.

3. On February 24, 2011, the parties jointly submitted, and the Court approved, a stipulation modifying the Scheduling Order by extending the dates for initial and supplemental disclosure of expert witnesses. The dates were moved from March 14, 2011 (initial) to April 15, 2011, and from April 1, 2011 (supplemental) to May 1, 2011.

4. The parties have been diligently pursuing discovery in the past several months. Various document production issues have arisen between the parties, some of which were resolved by mutual agreement but which led to delay of production of various documents, and some of which were resolved by a motion to compel filed by Dlubak Glass Company that was heard and resolved by stipulation on Friday, April 1, 2011. The supplemental production date for the subject documents is April 15, 2011 (production) or April 22, 2011 (inspection). Various documents in these categories are relevant to expert witness opinions and work being done by experts on damages claims. Discovery is also being pursued against third parties including governmental entities and that production will not be completed until after the current initial expert disclosure date. These delays have made it impracticable for expert witnesses to prepare necessary reports by the current initial expert disclosure of April 15, 2011. The accompanying declaration of Timothy J. Buchanan sets out these facts.

5. Further, the deposition of Defendant Dlubak Glass Company took place on March 2-3, 2011. One of the witnesses, Herb Schall, was unable to travel to California for the deposition because of a recurring heart problem. His deposition has been set for April 19, 2011, in Ohio. This deposition is also needed for expert consideration.

6. Moving the initial and supplemental expert disclosure deadlines by another thirty (30) days will not require movement of any further dates in this action. The trial date may remain intact and nor party desires or requests such a movement. All other dates can be accommodated

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

1

[PROPOSED] STIPULATION EXTENDING DATES IN SCHEDULING CONFERENCE ORDER FOR INITIAL AND SUPPLEMENTAL DISCLOSURES OF EXPERT WITNESSES

with this proposed move.

7. Accordingly, for the above cause, the parties hereby stipulate that the initial expert witness disclosure date of April 15, 2011, shall be extended to May 16, 2011. The supplemental expert disclosure deadline shall be moved from May 1, 2011, to June 1, 2011. The expert discovery cutoff shall be moved from June 1, 2011, to July 1, 2011.

8. As noted above, this movement will not affect any other dates in this action. The trial date of October 31, 2011, remains in place.

9. This stipulation is submitted solely to accommodate the parties' legitimate discovery needs in this case and their need to prepare this case properly for trial. It is not presented for any purpose of delay or other improper objective.

Dated: April __5__, 2011          McCORMICK, BARSTOW, SHEPPARD,
                                  WAYTE & CARRUTH LLP


                                  By:_____/s/ Timothy J. Buchanan_____
                                       Timothy J. Buchanan
                                       Mandy L. Jeffcoach
                                       Attorneys for Defendants
                                  DLUBAK GLASS COMPANY, INC. and
                                  DAVID A. DLUBAK and Counter
                                  Claimant DLUBAK GLASS COMPANY,
                                       INC.

Dated: April _5_, 2011            DOWLING, AARON & KEELER, INC.


                                  By:_____/s/ Donald R. Fischbach_____
                                       Donald R. Fischbach
                                       Attorneys for Plaintiffs
                                  ELECTRONIC RECYCLERS
                                  INTERNATIONAL INC., and
                                  ELECTRONIC RECYCLERS OF
                                       AMERICA, LLC

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

[PROPOSED] STIPULATION EXTENDING DATES IN SCHEDULING CONFERENCE ORDER FOR INITIAL AND SUPPLEMENTAL DISCLOSURES OF EXPERT WITNESSES

# ORDER

Based upon the above stipulation and the accompanying declaration of Timothy J. Buchanan, and good cause appearing, the Court HEREBY ORDERS that the Scheduling Conference Order shall be amended as follows:  in section 4 of the Order, the initial expert witness disclosure date shall be moved to **May 16, 2011**, and the supplemental expert disclosure date shall be moved to **June 1, 2011**.  The expert discovery deadline shall be moved to **July 1, 2011**.  All other provisions of the Order are in full force and effect.

The parties have expressly acknowledged to the Court that they understand the expert discovery deadline as modified now shares the same date as the deadline for filing pretrial motions.  Further, the parties have been advised that it is very unlikely that future stipulations or requests to modify the scheduling order will be adopted and/or granted.

IT IS SO ORDERED.

Dated:   **April 12, 2011**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

[PROPOSED] STIPULATION EXTENDING DATES IN SCHEDULING CONFERENCE ORDER FOR INITIAL AND SUPPLEMENTAL DISCLOSURES OF EXPERT WITNESSES