1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| | | |
|---|---|---|
| ELECTRONIC RECYCLERS INTERNATIONAL, INC., a Delaware corporation, | ) ) ) | 1:10-cv-00760 LJO GSA |
| | ) ) | **ORDER REGARDING HEARING ON MOTIONS TO COMPEL** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DLUBAK GLASS COMPANY, INC., a Pennsylvania corporation, | ) ) ) | |
| Defendant. | ) ) | |
| | ) | |

18
19      In light of the three pending motions to compel (Docs. 36, 37 &39) filed in this matter,

20  the Court hereby ORDERS as follows:

21      1.      In order to accommodate this Court's calendar, and for purposes of judicial

22          economy, the hearing on the now-pending motions[1] will be held on **Friday,**

23          **June 24, 2011, at 10:00 a.m. in Courtroom 10**;

24
25
26          [1] Two of the pending motions were originally set to be heard on May 20, 2011, and were continued by this
Court to June 3, 2011.  Subsequently, on May 20, 2011, Defendant filed a second motion set to be heard on June 17,
27  2011.

28                                          1

2.      Counsel for each party **SHALL personally appear** at the hearing;

3.      Further, **a principal or principals for each party SHALL PERSONALLY APPEAR** at the hearing; and

4.      A single joint statement regarding these discovery disputes SHALL be filed no later than June 17, 2011, and SHALL NOT exceed twenty-five (25) pages in length.


IT IS SO ORDERED.

**Dated:**   **May 23, 2011**            _____**/s/ Gary S. Austin**_____
                                        UNITED STATES MAGISTRATE JUDGE