UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC RECYCLERS INTERNATIONAL, INC. et al. | CASE NO. CV F 10-0760 LJO SMS |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| DLUBAK GLASS COMPANY, INC., DAVID A. DLUBAK, | |
| Defendants. | |
| _____/ | |

The parties have filed a Notice of Settlement indicating that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than September 23, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:   August 23, 2011**                         /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE