UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC RECYCLERS INTERNATIONAL, INC. et al.<br><br>    Plaintiff,<br><br>    vs.<br><br>DLUBAK GLASS COMPANY, INC., DAVID A. DLUBAK,<br><br>    Defendants.<br>_____/ | CASE NO. CV F 10-0760 LJO SMS<br><br>**ORDER TO DISMISS AND CLOSE** |

On September 21, 2011, the parties filed a stipulation for dismissal of the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   September 22, 2011**          /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE